IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BARBARA ANN KRAUTH,<br><br>    Defendant. | Case No. CR09-3044<br><br>ORDER REGARDING<br>COMPETENCY HEARING |

This matter comes before the Court on the Motion for Hearing Pursuant to 18 U.S.C. § 4241 (docket number 9) filed by the Defendant on January 13, 2010. Defendant requests that a hearing be held to determine her mental competency to stand trial, pursuant to 18 U.S.C. § 4241. The Government "does not resist" the motion. *See* docket number 13. Accordingly, the Court finds that the motion should be granted.

Before a competency hearing may be scheduled, however, Defendant must submit to a psychiatric or psychological examination by a licensed or certified psychiatrist or psychologist of the Government's choosing. In a separate Order filed contemporaneously with the instant Order, the Court has concluded that the examination will be conducted on an out-of-custody basis. The competency hearing requested by Defendant will be scheduled upon receipt of the psychiatric or psychological report prepared following the examination.

## ORDER

IT IS THEREFORE ORDERED that the Motion for Hearing (docket number 9) filed by the Defendant on January 13, 2010 is hereby **GRANTED**. The hearing will be

1

scheduled upon receipt by the Court of a report following Defendant's psychiatric or psychological examination by an expert of the Government's choosing.

DATED this 2nd day of February, 2010.

_____
JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA