# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. BARBARA ANN KRAUTH, Defendant. | Case No. CR09-3044 ORDER FOR COMMITMENT |

On the 22nd day of April 2010, this matter came on for hearing pursuant to 18 U.S.C. § 4241(a), to determine Defendant's competency to stand trial. The Government was represented by Assistant United States Attorney Rebecca Goodgame Ebinger. Defendant Barbara Ann Krauth appeared personally and was represented by her attorney, Jane Kelly.

Prior to the hearing, Defendant was examined at the Government's request by Steven C. Norton, Ph.D., and at Defendant's request by William Hoekstra, Psy. D. Dr. Norton's and Dr. Hoekstra's psychological evaluations were introduced at the hearing as Government's Exhibit 1 and Defendant's Exhibit C, respectively. Both experts agree that Defendant is not presently competent to stand trial.

The Court finds by a preponderance of the evidence that Defendant is presently suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her and to assist properly in her defense. Accordingly, pursuant to 18 U.S.C. § 4241(d), the Court finds that Defendant must be committed to the custody of the Attorney General. The Attorney General shall hospitalize Defendant for treatment in a suitable facility pursuant to 18 U.S.C. § 4241(d)(1) and (2).

1

## ORDER

IT IS THEREFORE ORDERED as follows:

1. Defendant is committed to the custody of the Attorney General for appropriate hospitalization pursuant to 18 U.S.C. § 4241(d).

2. Not later than **9:00 a.m. on April 30, 2010**, Defendant must surrender herself to the facility designated by the Attorney General or the Bureau of Prisons for that purpose.

DATED this 22nd day of April, 2010.

JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA